AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
BENJAMIN COLE

Defendant

)
)
)
)
)

Case: 1:22–mj–00184
Assigned To : Magistrate Judge Meriweather, Robin M.
Assign. Date : 8/16/2022
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  BENJAMIN COLE                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 231(a)(3)
18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

2022.08.16
17:08:11 -04'00'

Date: 08/16/2022

*Issuing officer's signature*

City and state:  Washington D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* August 16, 2022 , and the person was arrested on *(date)* August 24, 2022
at *(city and state)* Louisville, Kentucky.

Date: August 24, 2022

*Arresting officer's signature*

FBI Special Agent
*Printed name and title*