AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:22MJ-184 |
| BENJAMIN COLE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BENJAMIN COLE.

Date:  09/07/2022

s/ Angela M. Rea
*Attorney's signature*

Angela M. Rea
*Printed name and bar number*

629 S. Fourth Street
Suite 200
Louisville, KY  40202

*Address*

*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*